1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 EDMUND WATSON, et al.,

Plaintiffs,

v.

FORD MOTOR COMPANY, et al.,

Defendants.

Case No. 18-cv-00928-SI

**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Re: Dkt. No. 31

Defendant's motion for leave to file a motion for reconsideration (Dkt. No. 31) is DENIED.

**IT IS SO ORDERED**.

Dated: November 27, 2018

SUSAN ILLSTON
United States District Judge